IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:   Case No.: 18-46039 pjs
**DAVID B. MCCRACKEN   and**   Chapter 13
**MELISSA L. MCCRACKEN,**   HON. Phillip J. Shefferly
　　　　　Debtors
_____/

## ORDER MODIFYING PLAN

　　The above named Debtors having filed a Petition for relief under Chapter 13 of the Bankruptcy Code with his Plan being confirmed, with the Debtors now seeking a modification of the Plan, with notice to respondent having been filed and served, with no party filing an objection and a certification of no response having been filed , and the Court being otherwise fully advised in the premises;

　　**IT IS HEREBY ORDERED** that the Debtors may retain and is excused from remitting, in the entire amount of the jointly filed 2018 Income Tax Refund of $3,118.00.

**Signed on June 04, 2019**

/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge